**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

DOMINIC JOSEPH LEBOUEF (#398766)

CIVIL ACTION

VERSUS

21-556-SDD-EWD

CHAD HARDY, ET AL.

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Erin Wilder-Doomes, dated October 31, 2022 to which an Objection[2] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Plaintiff's claims for monetary relief against Defendants in their official capacities are DISMISSED WITH PREJUDICE and Plaintiff's claims for injunctive relief to hold Defendants "accountable for their misconduct" in their individual and official capacities is DISMISSED WITH PREJUDICE as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e).

**IT IS FURTHER ORDERED** that this matter be and is hereby referred back to the Magistrate Judge for further proceedings on the Plaintiff's claims against Defendants in their official and individual capacities for declaratory relief and for monetary relief for the alleged acts of excessive force and failure to intervene alleged to have occurred on January 23, 2020.

---

[1] Rec. Doc. 5.
[2] Rec. Doc. 6.

**IT IS FURTHER ORDERED** that the exercise of supplemental jurisdiction is declined.

Signed in Baton Rouge, Louisiana the  29th day of November, 2022.


_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**