UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOMINIC JOSEPH LEBOUEF (#398766)

VERSUS

CHAD HARDY, ET AL.

CIVIL ACTION

21-556-SDD-EWD

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Erin Wilder-Doomes dated November 3, 2023, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that the *Motion for Summary Judgment*[3] be denied.

**IT IS FURTHER ORDERED** that this action is dismissed with prejudice on the Court's own motion, as LeBouef's claims are prescribed.

Signed in Baton Rouge, Louisiana, on this 29 day of November, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 38.
[2] Rec. Doc. 43.
[3] Rec. Doc. 38.